UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWMAN, | No. 2:14-cv-2065 KJN P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel.  On September 5, 2014, petitioner opened this action by filing a document seeking an extension of time to file a habeas corpus petition.  (ECF No. 1.)  On September 17, 2014, the undersigned granted petitioner thirty days to file a habeas corpus petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure and the Local Rules of Practice.  (ECF No. 3.)

On October 29, 2014, the undersigned granted petitioner a thirty day extension of time to file his habeas corpus petition.  (ECF No. 5.)  Thirty days passed and petitioner did not file a habeas corpus petition.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

////

1

IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to file a habeas corpus petition as ordered by the court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 15, 2014

Bow2065.156

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE